UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAS JAMES CLAUSO,

         Petitioner,

         v.

MR. GLOVER, et al.,

         Respondents.

Civil Action No. 12-3969 (CCC)

**MEMORANDUM OPINION**

**CECCHI, District Judge:**

IT APPEARING THAT:

1. On September 26, 2012, this Court entered a Memorandum Opinion and Order (Dkt. #7) to close this matter for a third time because Petitioner has failed to present any viable claims to be litigated. In the lengthy Opinion, the Court recounted the history of Mr. Clauso's many attempts at litigation, including multiple letters filed in various cases. The Court noted that "both the content and the spirit of Clauso's letters strongly suggest that Clauso has no viable habeas claim to litigate." (Dkt. #7, page 19.)

2. The matter was administratively terminated and Clerk of the Court was directed to refund the filing fee. Petitioner was instructed that any future submissions must be "simple statements of fact and legal claims." (Dkt. #7, page 21.)

3. Petitioner thereafter filed a one page letter (Dkt. #8) in which he states that he is "hurt," presumably by the Court's termination of the matter, and while he appears to claim that

his conviction and sentence is illegal, did not present any facts or arguments in support of that general assertion.

4. As noted in this Court's previous rulings, the mandate of the Article III judiciary is limited to, and only to, resolution of "Cases" or "Controversies." *See* U.S. Const. Art. III, § 2. Petitioner did not comply with the Court's directive to provide a basis for any valid claims and thus has not presented the Court with any case or controversy upon which to rule.

5. To the extent that Petitioner intends for the Court to reconsider the termination of the matter, that request is denied because Petitioner has not presented to this Court any statement of facts or claims to be litigated.

6. For the foregoing reasons, to the extent that Petitioner requests reconsideration of the termination of the case, that request is denied without prejudice. Plaintiff is afforded thirty days to file a motion for reconsideration that includes the factual and legal basis for any valid claims.

**CLAIRE C. CECCHI**
**United States District Judge**

DATED: June 26, 2014